|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr0626-H |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. |  |
| MICHAEL CRAIG ROSE, |  |
| Defendant. |  |

On September 14, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MICHAEL CRAIG ROSE ("Defendant") in the following properties:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

a. One (1) Apple MacBook Pro with charger Model A1278, SN: C1MHDRX6DV13 with Toshiba Model MK5065GSXF SATA hard drive, SN: 120BCV3KT; and

b. One (1) Toshiba USB hard drive, model number MQ01UBD100, SN: 64S5TIMLT1BB; and

     c.    One (1) Lacie external hard drive with cord, SN: NL3G28YX with Seagate 1TB SATA hard drive, SN: WDE955H; and

     d.    One (1) Blue University 1 GB USB flash drive, SN: Unknown.

For thirty (30) consecutive days ending on October 20, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MICHAEL CRAIG ROSE and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

a. One (1) Apple MacBook Pro with charger Model A1278, SN: C1MHDRX6DV13 with Toshiba Model MK5065GSXF SATA hard drive, SN: 120BCV3KT; and

b. One (1) Toshiba USB hard drive, model number MQ01UBD100, SN: 64S5TIMLT1BB; and

c. One (1) Lacie external hard drive with cord, SN: NL3G28YX with Seagate 1TB SATA hard drive, SN: WDE955H; and

d. One (1) Blue University 1 GB USB flash drive, SN: Unknown.

IT IS FURTHER ORDERED that costs incurred by Federal Bureau of Investigation, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

IT IS SO ORDERED.

DATED: April 5, 2021

*/s/ Marilyn L. Huff*
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE